UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # _____

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-7035-Snow
      ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Anderson, Derrick )
        Defendant ) 55186-004

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO: Clerk's Office   MIAMI   /FT. LAUDERDALE/   W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 02-04-00   7:30 am/(pm)

(2)  Language Spoken: English

(3)  Offense(s) Charged: Consp /Poss Cocaine

(4)  U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 3-17-81

(6)  Type of Charging Document:  (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 02-07-00  (9) Arresting Officer: S/A Troy Wihoit / Doug McElwain

(10) Agency: DEA  (11) Phone: _____

(12) Comments: _____