COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: DERRICK ANDERSON (J)          CASE NO:   00-4025-SNOW

AUSA: TERRY THOMPSON                 ATTY:  Tim Day

AGENT: DEA                           VIOL:  CONSP PWID COCAINE

PROCEEDING I/A ON COMPLAINT          RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no           COUNSEL APPOINTED

           BOND SET @

           SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person

3) Travel extended to:

_Deft Advised of Charges - sworn for_
_apptmt of counsel_

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:

           PTD/BOND HRG:          2-10        10    LSS

           PRELIM/ARRAIGN:        2-17-       11    BSS

           REMOVAL HRG:

           STATUS CONF:

Date: 2/7/00    Time 11:00    FTL/LSS
                              TAPE #00- 007   Begin: 1221  End: 1727