COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DERRICK ANDERSON (J)          CASE NO: 00-4025-SNOW
AUSA: TERRY THOMPSON                ATTY: FPD Robert _____
AGENT: _____                      VIOL: _____
PROCEEDING PTD HEARING              RECOMMENDED BOND PTD
BOND HEARING HELD - yes/**no**      COUNSEL APPOINTED _____
         BOND SET @ 200,000 CSB W/Nebbia

         SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Gov't reserves the right to request PTD should deft seek to post or reduce the bond.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2/10/00   Time: 10:00   FTL/LSS TAPE #00- 008   Begin: 2633   End: 2769

16