TJT hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00 - 6040**

21 USC §846
21 USC § 841(a)(1)

**CR-ZLOCH**

FILED by _____ D.C.
FEB 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,      )
                              )
            Plaintiff,         )
                              )
      v.                       )
                              )
DERRICK ANDERSON,              )
RICHARDO JAMES, and            )
DAIREL WORRELL,                )
            Defendants.        )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about February 3, 2000, through on or about February 4, 2000, in Broward

County and elsewhere, in the Southern District of Florida, the defendants,

**DERRICK ANDERSON,**
**RICHARDO JAMES, and**
**DAIREL WORRELL,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II

controlled substance, that is, a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



<u>COUNT II</u>

<u>FORFEITURE</u>

Upon conviction of the foregoing offense, as alleged in Count I of the Indictment, the

defendants,

DERRICK ANDERSON,
RICHARDO JAMES, and
DAIREL WORRELL,

shall forfeit to the United States any and all property constituting or derived from any proceeds the

said defendants obtained directly or indirectly as a result of such violation and any and all property

used or intended to be used in any manner or part to commit and to facilitate the commission of such

violation, all in accordance with Title 21, United States Code, Section 853. Such forfeitures shall

include but not be limited to fifty-eight thousand, two hundred and fifty dollars ($58,250) in United

States currency.

A TRUE BILL:

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  DERRICK ANDERSON          No.:_____

Counts #I:

Conspiracy to possess with intent to distribute "crack" cocaine; in violation of 21:846

*Max Penalty:    Ten (10) years' to life imprisonment; $4,000,000 fine.

Count #

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name: <u>RICHARDO JAMES</u>          No.:_____

Counts #I:
<u>Conspiracy to possess with intent to distribute cocaine; in violation of 21:846</u>

_____

*Max Penalty:   <u>Ten (10) years' to life imprisonment; $4,000,000 fine.</u>

Count # _____

_____

*Max Penalty:_____

Count #:_____

_____

*Max Penalty:_____

Count #:_____

_____

*Max Penalty:_____

Count # :_____

_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name:  <u>DARRIEL WORRELL</u>          No.:_____

Counts #I:
<u>Conspiracy to possess with intent to distribute cocaine; in violation of 21:846</u>

_____

*Max Penalty:    <u>Ten (10) years' to life imprisonment; $4,000,000 fine.</u>

Count # _____

_____

*Max Penalty:_____

Count #:_____

_____

*Max Penalty:_____

Count #:_____

_____

*Max Penalty:_____

Count # :_____

_____

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

v.

**DERRICK ANDERSON,**
**RICHARDO JAMES, and**
**DAIREL WORRELL** _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)          Yes ____    No ____
Number of New Defendants          ____
Total number of counts          ____

____ Miami    ____ Key West
_X_ FTL    ____ WPB ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:          (Yes or No) __NO_____
List language and/or dialect _____English_____

4.    This case will take __3__ days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
(Check only one)                                                (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __Yes_____
If yes:
Magistrate Case No. _____00-4025-LSS_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of __2/4/00 (ANDERSON,JAMES & WORRELL)__
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) ____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No If yes, was it pending in the Central Region? _ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached

REV.4/7/99