

FILED by ___ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6040-CR-Zloch

UNITED STATES OF AMERICA

vs

Derrick Anderson                              ARRAIGNMENT INFORMATION SHEET

   The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:           Address: _____In Custody_____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _____FPD_____

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED:  $_____Cont'd in custody_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __17__ day of __February__, 20_00_.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/ CLERK

                              By: _____[signature]_____
                                  Deputy Clerk

                              Tape No. __00-017__

cc: Clerk for Judge
    U. S. Attorney