UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 6040-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK ANDERSON

    Defendant.

_____/

## MOTION TO WITHDRAW

Undersigned Counsel, files this Motion to Withdraw From Further Representation of the Defendant, Derrick Anderson, and states;

The Defendant's father has made preliminary arrangements with private counsel to represent the Defendant in this matter. Undersigned counsel obviously is not privy to these matters, nor does he desire to be involved.

As a result of this relationship established between my client's father and private counsel, the relationship between undersigned counsel and Defendant Anderson has been compromised. The Defendant believes that his father has made arrangements for a private lawyer, he does not wish to speak with appointed counsel. Private counsel has conducted preliminary negotiations with the United States Attorneys Office without filing a notice of appearance.

At this time Defendant Anderson does not know what to do with his case. He believes that private counsel is going to represent him, therefore he is uncomfortable with appointed counsel. Undersigned counsel has advised the Defendant about the possible avenues for resolution of this case, however the Defendant believes that private counsel is taking care of the situation.

This uncertainty has permanently and irretrievably derailed any attorney client relationship that was admittedly in its infancy. The Defendant is confused, and in need of one voice to address his delicate position. Undersigned counsel respectfully suggests the appointment of CJA counsel, until the Defendant finalizes his financial obligation with private counsel.

WHEREFORE, undersigned Counsel, requests that the Motion to Withdraw From Further Representation be Granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Robert N. Berube*
Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 17th day of February, 2000, to Terrence Thompson, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube