# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

CASE NO: ~~00-4025-SNOW~~ 00-6040-CR-Zloch

DEFT: Derrick Anderson (J)#

AUSA: Terry Thompson /Behnke

ATTNY: FPD /Berube

AGENT: _____

VIOL: _____

PROCEEDING: ~~Prelim~~/Arraignment

BOND REC: _____

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: _____

BOND SET @ _____

FILED by ___ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

AUSA to call Carline re tapes

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 3-3-00   11:00am   LSS

DATE: 2-17-00   TIME: 11:00am   TAPE # 00-017   PG # 5

818-

28