COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Derrick Anderson (J)#     CASE NO: 00-6040-CR-Zloch
AUSA: Terry Thompson /Flanigan     ATTNY: FPD: Bob Berube
AGENT:     VIOL: present
PROCEEDING: Motion to withdraw     BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED: CJA
BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by D.C.
FEB 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Motion to withdraw is Granted — CJA atty to be appointed. (A's father is hiring attys who have not filed notice of appearances)
4-7-00 calendar call.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 2-23-00    TIME: 11:00am    TAPE # 00-016    PG # 10