UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  00-6040-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DERRICK ANDERSON,

        Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on the Federal Public Defender's Motion to Withdraw, and this Court having reviewed the record and being otherwise duly advised,

ORDERED AND ADJUDGED that the Federal Public Defender's Motion to Withdraw is **GRANTED** and she is relieved of further duties in this cause, it is further

ORDERED AND ADJUDGED that CJA Panel Attorney Gary Kollin is appointed to represent Defendant Derrick Anderson throughout the pendency of these proceedings, it is further

ORDERED AND ADJUDGED **that private counsel is precluded from having any contact with defendant Derrick Anderson until a Notice of Appearance is filed and permission is granted by this Court.**

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of February, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc     Robert N. Berube, AFPD
       Terry Thompson, AUSA
       Joe Fasone, Esq.
       Richard Rosenbaum, Esq.