HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT   JOHN PALMER                     CASE NO: 00-6034-CR-ROETTGER

AUSA   LARRY BARDFELD /Cora            ATTY   ADAM SWICKLE — pres

*Disc out — no outstanding motions*
*Motions due 3/31*

00-012
00-2130

DEFT   DERRICK ANDERSON                CASE NO: 00-6040-CR-ZLOCH

AUSA   TERRY THOMPSON — pres           ATTY   FPD  Gary Kollin

Alvin Entin, Esq. for Richardo James     *disc out today @ 2259*

~~Kathleen Cooper Grill~~i, Esq. for Dairel Worrell

DEFT  Kenneth Hassett                  CASE NO: *Motions due 3/24*

AUSA ___                               ATTY ___

DEFT ___                               CASE NO: ___
AUSA ___                               ATTY ___

DEFT ___                               CASE NO: ___
AUSA ___                               ATTY ___

DEFT ___                               CASE NO: ___
AUSA ___                               ATTY ___

DATE   MARCH 3, 2000                   TIME   11:00

FILED by MAR 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.