UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,         CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,
vs.

DERRICK ANDERSON,

    Defendant.
_____/

## AGREED ORDER ON MOTION AUTHORIZING MEETING WITH PRIVATE COUNSEL

**THIS CAUSE,** having come before the Court, upon Joint Motion to Authorize Meeting with Private Counsel, the Court having reviewed the motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the motion is granted. Ted Crespi is authorized to meet with the Defendant, DERRICK ANDERSON, at the Federal Detention Center.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2000.

HONORABLE BARRY SELTZER
U.S. ~~District~~ Magistrate Judge

Copies To:

Ted Crespi, Esquire
Terrence J. Thompson, Assistant U.S. Attorney
Gary Kollin, Esquire
Legal Department, Federal Detention Center
U.S. Marshall's Office