UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,  CASE NO. 00-6040-CR-ZLOCH

　　Plaintiff,

vs.  **NOTICE OF APPEARANCE**

DERRICK ANDERSON,

　　Defendants.
_____/

　　Please take notice that TED CRESPI, P.A., hereby appears as attorney for the Defendant, DERRICK ANDERSON, in the above-entitled cause.

**CERTIFICATE OF SERVICE**

　　**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 10th day of March, 2000, to the UNITED STATES ATTORNEY'S OFFICE, 299 East Broward Boulevard, Fort Lauderdale, Florida.

　　　　　　　　　　　　　　　　TED CRESPI, P.A.
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Prudential Plaza, Suite 218
　　　　　　　　　　　　　　　　1776 North Pine Island Road
　　　　　　　　　　　　　　　　Plantation, Florida 33322
　　　　　　　　　　　　　　　　Tele: (954) 475-7111
　　　　　　　　　　　　　　　　Fax:  (954) 475-7211

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　TED CRESPI, ESQUIRE
　　　　　　　　　　　　　　　　Florida Bar No. 437689

C:\WP60\FED\NOA