UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,
vs.

DERRICK ANDERSON,

    Defendants.
_____/

### NOTICE WITHDRAWING MOTION TO AUTHORIZE MEETING WITH PRIVATE COUNSEL

Defendant, DERRICK ANDERSON, hereby notices the Court that the hearing on the Motion to Authorize Meeting with Private Counsel scheduled for March 15, 2000, at 11:00 a.m. is cancelled. The matter was resolved by agreement between all parties. A permanent Notice of Appearance has been filed by undersigned counsel.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of March, 2000, to the UNITED STATES ATTORNEY'S OFFICE, 299 East Broward Boulevard, Fort Lauderdale, Florida; and KENNETH P. HASSETT, ESQ., Hassett & Associates, P.A., Attorney for Defendant Dairel Worrell, 201 Sevilla Avenue, Suite 202, Coral Gables, Florida 33134.

    TED CRESPI, P.A.
    Attorney for Defendant
    Prudential Plaza, Suite 218
    1776 North Pine Island Road
    Plantation, Florida 33322
    Tele: (954) 475-7111
    Fax: (954) 475-7211

By: _____
    TED CRESPI, ESQUIRE
    Florida Bar No. 437689