UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,                        CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,

vs.

DERRICK ANDERSON,

    Defendants.
_____/

**STIPULATION FOR
SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, that

TED CRESPI, ESQ. shall be substituted in the place and instead of GARY KOLLIN,

ESQ., as attorney for Defendant, Derrick Anderson, in the captioned case.

Dated this _____ day of March, 2000.

_____              _____
TED CRESPI, ESQ.                                                    GARY KOLLIN, ESQ.
Prudential Plaza, Suite 218                                    8211 West Broward Boulevard
1776 North Pine Island Road                                 Suite 420
Plantation, FL 33322                                               Fort Lauderdale, Florida 33324
Telephone: (954) 475-7111                                    Telephone: (954) 723-9999
Facsimile: (954) 475-7211                                      Facsimile: (954) 475-8402
Florida Bar No. 437689                                          Florida Bar No. 282431

/db

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>CRIMINAL DIVISION</u>

UNITED STATES OF AMERICA,   CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,
vs.

DERRICK ANDERSON,

    Defendants.
_____/

<u>**ORDER FOR SUBSTITUTION OF COUNSEL**</u>

**THIS CAUSE** having come on to be heard, counsel having agreed thereto and the Court being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that TED CRESPI, ESQ. shall be and is hereby substituted as counsel for Defendant, DERRICK ANDERSON, in the place and instead of GARY KOLLIN, ESQUIRE.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of March, 2000.

                                              _____
                                              HON. WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished to:

Ted Crespi, Esq.
Gary Kollin, Esq.
Terrence Thompson, Assistant U.S. Attorney

/db