UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,      CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,

vs.

DERRICK ANDERSON,

    Defendants.
_____/

### ORDER FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come on to be heard, counsel having agreed thereto and the Court being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that TED CRESPI, ESQ. shall be and is hereby substituted as counsel for Defendant, DERRICK ANDERSON, in the place and instead of GARY KOLLIN, ESQUIRE.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of March, 2000.

_____
~~HON. WILLIAM J. ZLOCH~~
United States ~~District~~ Judge
Magistrate

Copies furnished to:

Ted Crespi, Esq.
Gary Kollin, Esq.
Terrence Thompson, Assistant U.S. Attorney

/db



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,
vs.

DERRICK ANDERSON,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel, that TED CRESPI, ESQ. shall be substituted in the place and instead of GARY KOLLIN, ESQ., as attorney for Defendant, Derrick Anderson, in the captioned case.

Dated this ____ day of March, 2000.

| | |
|---|---|
| TED CRESPI, ESQ. | GARY KOLLIN, ESQ. |
| Prudential Plaza, Suite 218 | 8211 West Broward Boulevard |
| 1776 North Pine Island Road | Suite 420 |
| Plantation, FL 33322 | Fort Lauderdale, Florida 33324 |
| Telephone: (954) 475-7111 | Telephone: (954) 723-9999 |
| Facsimile: (954) 475-7211 | Facsimile: (954) 475-8402 |
| Florida Bar No. 437689 | Florida Bar No. 282431 |

/db