UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,                    CASE NO.  00-6040-CR-ZLOCH

      Plaintiff,

vs.

DERRICK ANDERSON,

      Defendants.

_____/

## ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME

**THIS CAUSE,** having come before the Court upon Defendant's Motion for

Extension of Time to File Motions, and the Court having been fully advised in the

premises, it is hereby

**ORDERED AND ADJUDGED** the Defendant's Motion for Extension of Time is

granted.  The Defendant's time to file motions will be extended to April _____7_____, 2000, *the time*
*and the date of the calendar call in this cause* 9 a.m. on

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida this _25_ day of March, 2000.

HONORABLE BARRY SELTZER
U.S. District Court Judge

Copies furnished to:

Ted Crespi, Esquire
Terrence Thompson, Assistant U.S. Attorney
Kenneth P. Hassett, Esq.
Alvin Entin, Esq.

