UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6040-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

DERRICK ANDERSON,
RICHARD JAMES and
DAIREL WORRELL,

    Defendants.
_____/



GOVERNMENT'S SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, files its supplemental response to the Standing Discovery Order issued in this case, as follows:

The following documents are attached:

Felony convictions of cooperating witness (1 page);
Superseding indictment of cooperating witness (5 pages);
Indictment of cooperating witness (3 pages);
Cashier's check for $58,250 (1 page);
Proffer letter of Derrick Anderson (2 pages); and



Plea agreement of Derrick Anderson (6 pages).

> Respectfully submitted,
>
> THOMAS E. SCOTT
> UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
(954) 356-7306
(954) 356-7228 (facsimile)
Terrence.Thompson@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served this <u>3rd</u> day of April, 2000, upon: Gary Kollin, Esq., 8211 W. Broward Blvd., Suite 420, Fort Lauderdale, FL. 33324-2741; Alvin Entin, Esq., 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, 33301-1908; and Kenneth Hassett, 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134-6616.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY