UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6040-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

DERRICK ANDERSON,
RICHARD JAMES and
DAIREL WORRELL,

    Defendants.
_____/

NIGHT BOX
FILED

APR 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S WITNESS LIST

The United States of America, files its witness list, as follows:

The individuals are potential government witnesses in the above-captioned case:

    ALVEY, Edward;
    ANDERSON, Derrick;
    BRYANT, Michael;
    BULGRIN, Michael;
    MEDLEY, Laurel;
    MIHOK, Troy;



SHINN, Robert; and
WOLPERT, Dean.

                          Respectfully submitted,

                          THOMAS E. SCOTT
                          UNITED STATES ATTORNEY

By: _____
     TERRENCE J. THOMPSON
     Assistant United States Attorney
     Court No. A5500063
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida  33301
     (954) 356-7306
     (954) 356-7228 (facsimile)
     Terrence.Thompson@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served this <u>3rd</u> day of April, 2000, upon: Ted Crespi, Esq., 1776 N. Pine Island Road, Suite 218, Plantation, FL. 33322-5233; Alvin Entin, Esq., 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, 33301-1908; and Kenneth Hassett, 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134-6616.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY