COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DERRICK ANDERSON (J)         CASE NO: 00-6040-CR-ZLOCH
AUSA: TERRY THOMPSON /pres         ATTY: TED CRESPI /pres
AGENT:                             VIOL:
PROCEEDING STIPULATED BOND         RECOMMENDED BOND
BOND HEARING HELD - yes/(no)       COUNSEL APPOINTED

BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:
1) To be cosigned by: Mother - father - uncle
2) Rpt to PTS ___ x's a wk month by phone; / x's a (wk)/month in person
3) Travel extended to:
4) reside w/Aunt & Uncle
5) drug testing by PTS
   Llewelyn Anderson - father
   Lillith Anderson - mother
   Everald Anderson - uncle

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:

Date: 4/3/00    Time 11:00    FTL/LSS TAPE #00- 019    Begin: 325    End: 514