UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6040-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

    Plaintiff,

v.

DERRICK ANDERSON,
RICHARD JAMES and
DAIREL WORRELL,

    Defendants.
_____/

### GOVERNMENT'S SPEEDY TRIAL REPORT

The United States of America, files its Speedy Trial Report, as follows:

1. The defendants were arraigned on February 17, 2000. On March 6, 2000, defendant James filed a motion to continue the trial. On March 24, 2000, defendant Anderson filed a continuance motion. Those motions are currently pending. No other motions are pending. Accordingly, 22 days have elapsed for speedy trial purposes and 48 days remain. The statute is currently tolled.

2. There are three tape recordings involved in this case. Both the tapes and transcripts of the tapes have been provided to the defendants.



3. Defendants James and Worrell are in pretrial detention. Defendant Anderson is on bond.

4. All three defendants speak English and do not require an interpreter.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33301
(954) 356-7306
(954) 356-7228 (facsimile)
Terrence.Thompson@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served this 4th day of April, 2000, upon: Ted Crespi, Esq., 1776 N. Pine Island Road, Suite 218, Plantation, FL. 33322-5233; Alvin Entin, Esq., 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, 33301-1908; and Kenneth Hassett, 201 Sevilla Avenue, Suite 202, Coral Gables, FL 33134-6616.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY