UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6040-CR-ZLOCH



UNITED STATES OF AMERICA

    v.

DERRICK ANDERSON
DAIREL WORRELL

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**
**DATE & TIME:**
April 17, 2000 at 10:30 AM

**CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: April 7. 2000

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Kenneth Hassett, Esq.