UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs

DERRICK ANDERSON

CASE NO    00-6040-CR-ZLOCH

NOTICE OF SENTENCING DATE

FILED by _____ D.C.

APR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO, DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable ____ WILLIAM J. ZLOCH _____ .
United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern
District of Florida on ___ July 7 _____ , 20 00 ___ at 10:00 A. M. for imposition of sentence. On
that date, report to the U.S. Courthouse, Courtroom ____ A _____ . 299 East Broward Blvd., Ft. Lauderdale. FL 33301. where
sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear
as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C Sec
3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE
COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd.,
#409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the
necessary information to prepare the Prosecution Section of the Presentence Report.

ADMINISTRATIVE ORDER 95-02 ATTACHED.

Clerk, United States District Court

BY: _____
        Courtroom Deputy Clerk

DATE: _____

COUNSEL: _____

RECEIVED: _____
            (Defendant)

| | | | | |
|---|---|---|---|---|
| GUILTY PLEA | ☒ | BOND | ☒ | TO COUNT(S) ___ 1 ___ |
| TRIAL | ☐ | FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS ___ |
| NOLO PLEA | ☐ | STATE CUSTODY | ☐ | ASST. U.S. ATTY _Rice for_ |
| | | U.S.M. CUSTODY | | Thompson |

65