UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,  CASE NO. 00-6040-CR-ZLOCH

    Plaintiff,

vs.

DERRICK ANDERSON,

    Defendants.
_____/

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

**Defendant, DERRICK ANDERSON,** by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing scheduled for July 7, 2000, and in support thereof would show:

1. The Defendant entered a guilty plea to Count I of the Indictment on April 17, 2000. The Defendant was advised that his sentencing date would be on July 7, 2000. Counsel immediately notified Your Honor in open court that he will be out of the States on a cruise with his family and friends to Alaska. Counsel will be gone between July 1, 2000, through July 16, 2000.

2. The Defendant respectfully requests that the matter be rescheduled for sentencing after July 16, 2000. Counsel respectfully requests that the matter not be scheduled between Wednesday, July 26, 2000, through Friday, July 28, 2000, as counsel will be in Philadelphia, Pennsylvania, visiting his son.

3. Counsel spoke Assistant U.S. Attorney Kathleen Rice on behalf of

TED CRESPI, P.A. • PRUDENTIAL PLAZA • 1776 NORTH PINE ISLAND ROAD • SUITE 218 • PLANTATION, FLORIDA 33322

Assistant U.S. Attorney Terrence J. Thompson, who had no objection to the Defendant's request to continue sentencing.

4. This motion is presented in good faith and not interposed for delay.

**WHEREFORE, Defendant, DERRICK ANDERSON,** respectfully moves this Honorable Court for a continuance of the sentencing date scheduled for July 7, 2000.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ___ day of April, 2000, to TERRENCE J. THOMPSON, ASSISTANT U.S. ATTORNEY, United States Attorney's Office, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; KENNETH P. HASSETT, ESQ., Hassett & Associates, P.A., Attorney for Defendant Dairel Worrell, 201 Sevilla Avenue, Suite 202, Coral Gables, Florida 33134; and ALVIN ENTIN, ESQ., Attorney for Richardo James, 200 East Broward Boulevard, Suite 1210, Fort Lauderdale, Florida 33301.

        TED CRESPI, P.A.
        Attorney for Defendant
        Prudential Plaza, Suite 218
        1776 North Pine Island Road
        Plantation, Florida 33322
        Tele: (954) 475-7111
        Fax: (954) 475-7211

By: _____
      TED CRESPI, ESQUIRE
      Florida Bar No. 437689