UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6040-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

V.                      O R D E R

DERRICK ANDERSON

    Defendant

_____

THIS MATTER is before the Court upon Defendant's Motion To Continue Sentencing (filed April 27, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Sentencing of the defendant DERRICK ANDERSON is hereby reset to July 21, 2000 at 10:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of April, 2000.

                              WILLIAM J. ZLOCH
                              United States District Judge

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Probation