UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL DIVISION

UNITED STATES OF AMERICA,

CASE NO. 00-6040-CR-ZLOCH

Plaintiff,

vs.

DERRICK ANDERSON,

Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**Defendant, DERRICK ANDERSON**, by and through undersigned counsel, hereby notices the Court and all parties to this action that Ted Crespi, Esquire, counsel for the Defendant, will be unavailable from July 3, 2000, through July 14, 2000, and July 20, 2000, through July 23, 2000, and requests that no trial, discovery, hearings, etc., be scheduled during the aforementioned period.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 5 day of May, 2000, to the UNITED STATES ATTORNEY'S OFFICE, 299 East Broward Boulevard, Fort Lauderdale, Florida; and KENNETH P. HASSETT, ESQ., Hassett & Associates, P.A., Attorney for Defendant Dairel Worrell, 201 Sevilla Avenue, Suite 202, Coral Gables, Florida 33134.

>                             TED CRESPI, P.A.
>                             Attorney for Defendant
>                             Prudential Plaza, Suite 218
>                             1776 North Pine Island Road
>                             Plantation, Florida 33322
>                             Tele: (954) 475-7111
>                             Fax:  (954) 475-7211
>
> By: _____
>                             TED CRESPI, ESQUIRE
>                             Florida Bar No. 437689

TED CRESPI, P.A. • PRUDENTIAL PLAZA • 1776 NORTH PINE ISLAND ROAD • SUITE 218 • PLANTATION, FLORIDA 33322