UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CRIMINAL DIVISION

UNITED STATES OF AMERICA,             CASE NO.  00-6040-CR-ZLOCH

    Plaintiff,

vs.

DERRICK ANDERSON,

    Defendants.

_____/

## MOTION TO AUTHORIZE RELOCATION

**Defendant, DERRICK ANDERSON,** by and through undersigned

counsel, respectfully moves this Honorable Court to allow the Defendant to

relocate to Nassau County, New York, during the pendency of the

sentencing proceedings, and in support thereof would show:

1.    The Defendant has been charged with conspiracy to distribute

cocaine.  The Defendant was eighteen (18) years old at the time the crime

occurred.  The Defendant was in South Florida, where he was attending

school and living with his uncle.  The Defendant's permanent address was

in Nassau County, New York, where he has lived since the day he was

born.

2.    The Defendant desires to return home to live with his mother

and father at 1288 Waterview Drive, Rockville Center, New York. He intends remain there until the time of sentencing, which is presently scheduled for July 21, 2000.

3.    The Defendant has provided assistance to the Government, in accordance with the plea agreement. The Defendant has been interviewed by Probation in connection with the sentencing report that is in the process of being completed.

4.    The Defendant has a job waiting for him in New York and has all family roots and ties that he would like to return to.

5.    Contact has been made with Assistant United States Attorney Terrence Thompson, who has no objection to the Defendant relocating to New York during the pendency of these proceedings, so long as the bond conditions remain in effect.

6.    The Defendant's bond conditions include a personal surety signed by family members, including his mother, father and uncle. Those remain in effect. The Defendant is required to appear at pre-trial once per week. He is to provide a urine sample and complete a report of his activities. The Defendant will continue to report to the Pre-Trial Office in Nassau County, subject to the file being transferred with this Court's permission.

7.    The Defendant is in compliance with all of the special terms and

conditions of his pre-trial release.

8.    Contact has been made with the pre-trial officer, DARWIN

CRENSHAW, who has confirmed that he is in compliance and no objection

is interposed by Pre-Trial.

**WHEREFORE, Defendant, DERRICK ANDERSON,** respectfully

moves this Honorable Court to enter an order authorizing him to relocate

from South Florida to Nassau County, New York, until the time of

sentencing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this _1_ day of May, 2000, to TERRENCE THOMPSON, ASS'T. UNITED STATES ATTORNEY, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and KENNETH P. HASSETT, ESQ., Hassett & Associates, P.A., Attorney for Defendant Dairel Worrell, 201 Sevilla Avenue, Suite 202, Coral Gables, Florida 33134; DARWIN CRENSHAW, Pre-Trial Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

TED CRESPI, P.A.
Attorney for Defendant
Prudential Plaza, Suite 218
1776 North Pine Island Road
Plantation, Florida 33322
Tele: (954) 475-7111
Fax:  (954) 475-7211

By:    _____

TED CRESPI, ESQUIRE
Florida Bar No. 437689