UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6040-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.                        O R D E R

DERRICK ANDERSON

    Defendant
_____

THIS MATTER is before the Court upon Motion To Authorize Relocation (filed May 18, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. The Defendant shall be permitted to relocate to 1288 Waterview Drive, Rockville Center, New York to reside with his parents until the time of sentencing. The defendant's bond conditions remain the same. The defendant is to report to Pretrial Services in Nassau County, New York upon his arrival.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Pretrial
Probation