UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6040-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.                             O R D E R

DERRICK ANDERSON

    Defendant
_____

THIS MATTER is before the Court upon Defendant's Motion To Continue Sentencing (filed June 12, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned be and the same is hereby GRANTED. Sentencing is hereby reset to July 24, 2000 at 1:30 PM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Probation