UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6040-CR-ZLOCH

FILED by _____ D.C.

JUL 1 0 2000

UNITED STATES OF AMERICA

    Plaintiff

    V.                        O R D E R

DERRICK ANDERSON

    Defendant
_____

THIS MATTER is before the Court upon Defendant's Motion to Continue Sentencing and/or Notice of Conflict Re: July 24, 2000 (filed June 23, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED. Sentencing of the defendant DERRICK ANDERSON is hereby reset to July 28, 2000 at 10:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of July, 2000.

                                      _____/s/ William J. Zloch_____
                                      WILLIAM J. ZLOCH
                                      Chief United States District Judge

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Probation

