JUL 2 8 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6040-CR-Zloch   DATE 7-28-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION Debra Pratt   INTERPRETER

UNITED STATES OF AMERICA V. Derrick Anderson

U. S. ATTORNEY Terry Thompson   DEFT COUNSEL Ted Crespi

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Parties stipulate to minimal participant. Ct need testimony on mtn for downward departure - To be Reset for conclusion -

JUDGMENT

CASE CONTINUED TO          TIME          FOR

MISC

86