FILED
AUG 3 2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6040-CR-ZLOCH**

UNITED STATES OF AMERICA

    v.

DERRICK ANDERSON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, Fl, 33301 | August 18, 2000, at 1:30 PM |

**SENTENCING**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: August 3, 2000

cc:
Terry Thompson, Esq., AUSA
Ted Crespi, Esq.
Probation