UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6040-CR-Z/GCL  DATE 8-18-00
CLERK Carline Neeeby  REPORTER Carl Schanzler
PROBATION Kathryn Gomez  INTERPRETER

UNITED STATES OF AMERICA v. Derrick Anderson

U. S. ATTORNEY Terry Thompson  DEFT COUNSEL Ted Crespi

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct finds deft is displayed aberrant behavior & will depart downward - Ct 1 - 5 years Reporting Prob - Perform 500 hrs of Community Service

JUDGMENT $100

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____