-cr-06040-WJZ Document 92  Entered on FLSD Docket 08/29/2000
AO 245 S (Rev. 6/88) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

Filed by D.C.
AUG 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

DERRICK ANDERSON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6040-CR-ZLOCH

TED CRESPI, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) __1__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | conspiracy to possess with intent to distribute cocaine | 2/2000 | |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) __remaining__ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 3/17/81
Defendant's USM No.: 55186-004
Defendant's Residence Address:
1288 Waterview Drive
Rocville Center, NY 11570

Defendant's Mailing Address:

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 8-21-00

8/18/00
Date of Imposition of Judgment

/s/ William J. Zloch
Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

8/21/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

DEFENDANT
CASE NUMBER

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

FILED '00 AUG 29 A9:19

No further action required by
the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Ed Purchase SDUSM