PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62705

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6040-CR-ZLOCH</u>



<u>Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Derrick Anderson

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, United States District Court, Ft. Lauderdale, FL

Date of Original Sentence: August 18, 2000

Original Offense:     Conspiracy to Possess with Intent to Distribute Cocaine. Title 21 U.S.C. § 846

Original Sentence:    5 years probation. There were no special conditions ordered.

Type of Supervision: Probation          Date Supervision Commenced: August 18, 2003

## PETITIONING THE COURT

[ ]    To extend the term of supervision for _ years, for a total term of _ years.
[x]    To modify the conditions of supervision as follows:


**Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about May 27, 2003, the probationer submitted a urine specimen which tested positive for the presence of Morphine and was confirmed by Scientific Testing Laboratory Incorporated.

## CAUSE

The defendant was sentenced by Your Honor on February 18, 2001. Upon sentencing, his supervision was transfered to the Eastern District of New York and he has been supervised there since.

On May 27, 2003, the defendant submitted a urine specimen which tested positive for Morphine. Although Mr. Anderson had no previous record of drug use, the test result came back positive from Scientific Testing Laboratory Incorporated. The defendant has denied this drug use.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62705

    According to the officer in New York he believes that the defendant has failed himself and his family. This is as a result, he believes, of the felony conviction which has destroyed the subject's hope for a successful life. The officer believes the defendant to be chemically depressed. In the meantime the defendant has agreed to submit to substance abuse and or mental health treatment. The defendant was in compliance with conditions of supervision until this episode.

Respectfully submitted,

by

Warren S. Metcalf  
U.S. Probation Officer  
Phone:(954) 769-5578  
Date: September 11, 2003

THE COURT ORDERS:

[ ]    No Action  
[ ]    The Extension of Supervision as Noted Above  
[X]    The Modification of Conditions as Noted Above  
[ ]    Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

9/29/03  
Date