## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

JAMES GIOKAS
CHIEF DEPUTY

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☑ LONG ISLAND OFFICE
ALFONSE M. D'AMATO
U.S. COURTHOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

November 5, 2003

Clerk of the Court
United States District Court
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, FL 33301

RE: USA v. Derrick N. Anderson
    00-6040-CR-Zloch

Dear Sir:

Enclosed please find a certified copy of the transfer of jurisdiction form for the above defendant. The jurisdiction over this defendant has been accepted by Judge Hurley and a criminal case has been opened and assigned criminal number 03CR1191. Please forward us a certified copy of the charging instrument, the judgment, the transfer of jurisdiction form and the docket sheet for our records.

Thank you for your assistance in this matter. If you have any questions please call me at (631) 712-6011.

Sincerely yours,

ROBERT C. HEINEMANN
Clerk of the Court

BY: _____
    Deputy Clerk

Enc.



**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Nov 2 2003 ★
entd 11/5/03 clm
LONG ISLAND OFFICE**

| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 00-6040-CR-ZLOCH |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Derrick N. Anderson<br>1288 Waterview Drive<br>Rockville, NY 11570 | Southern District of Florida | Probation |
| | NAME OF SENTENCING JUDGE<br>William J. Zloch | |

| SD/FL PACTS No. 62705 | DATES OF PROBATION SUPERVISED RELEASE | FROM 8/18/00 | TO 8/17/05 |
|---|---|---|---|

**OFFENSE**
Conspiracy to Possess with Intent to Distribute Cocaine.

**CR 03 1191
HURLEY, J.
WALL, M.J.**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of New York</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/29/03                                    William J. [signature]
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Eastern_ DISTRICT OF _New York_

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-2-03                 A TRUE COPY                    [signature]
Effective Date          ATTEST                         United States District Judge
                        Nov 5, 2003

C.A. Mahon