# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT





November 12, 2003

United States District Court
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722



RE:   *USA V. DERRICK ANDERSON*
      Case No. 00-6040-CR-ZLOCH
      Your Case No. 03CR1191 HURLEY, J.

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Carol Hunte*
Carol Hunte
Deputy Clerk

Encl.

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number: **CR 03 1191**

by: *X. Carine*, Deputy Clerk

Date: **NOV 17 2003**



| □301 N. Miami Avenue | □299 E. Broward Boulevard | □701 Clematis Street | □301 Simonton Street | □300 S. Sixth Street |
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |